IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al*., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 09 C 6531 |
| CUSTOM FIT ARCHITECTURAL SHEET METAL AND ROOFING, LLC, an Illinois limited liability company, d/b/a CUSTOM FIT, | ) ) ) ) ) | JUDGE AMY J. ST. EVE |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on January 19, 2010, request this Court enter judgment against Defendant, CUSTOM FIT ARCHITECTURAL SHEET METAL AND ROOFING, LLC, an Illinois limited liability company, d/b/a CUSTOM FIT. In support of that Motion, Plaintiffs state:

1. On January 19, 2010, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its November 2009 fringe benefit contribution report. The Court retained jurisdiction to enforce the January 19, 2010 order and enter judgment against Defendant.

2. Pursuant to monthly fringe benefit contribution reports submitted by Defendant to Plaintiffs Funds for July 2009 through September 2009, Defendant is delinquent in contributions to the Funds in the amount of $22,113.42. (See Affidavit of Scott P. Wille).

3. Additionally, the amount of $2,211.34 is due for liquidated damages. (Wille Aff. Par. 5).

4. In addition, Plaintiffs have incurred costs totaling $520.00 and reasonable attorneys' fees totaling $1,920.00. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $26,764.76.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $26,764.76.

/s/ Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Custom Fit\motion-judgment.jdg.df.wpd

# CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 16th day of March 2010:

        Ms. Kim R. Denkewalter, Registered Agent
        Custom Fit Architectural Sheet Metal and Roofing, LLC
        5215 Old Orchard Road, #1010
        Skokie, IL   60077

        Custom Fit Architectural Sheet Metal and Roofing, LLC
        2747 W. Armitage Avenue
        Chicago, IL   60647

        Custom Fit Architectural Sheet Metal and Roofing, LLC
        8952 Hanslik Court, Unit 13
        Naperville, IL   60564

        /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Custom Fit\motion-judgment.jdg.df.wpd